# OSCN
## THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

**Home** **Courts** **Court Dockets** **Legal Research** **Calendar** **Help**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| CHERYL L CHERRY,<br>　　Plaintiff,<br>v.<br>STATE OF OKLAHOMA, EX REL.,<br>DEPARTMENT OF HUMAN SERVICES,<br>　　Defendant, and<br>EDWARD LAKE,<br>　　Defendant, and<br>JINA VIETTA,<br>　　Defendant. | No. CJ-2014-2160<br>(Civil relief more than $10,000: DISCRIMINATION)<br><br>Filed: 06/04/2014<br><br><br>Judge: Fitzgerald, Mary |

## Parties

CHERRY, CHERYL L , Plaintiff
DEPARTMENT OF HUMAN SERVICES , Defendant
LAKE, EDWARD , Defendant
VIETTA, JINA , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| Freeman, Richard W Jr.(Bar # 3130)<br>Assistant General Counsel<br>Department of Human Services<br>P.O. Box 25352<br>Oklahoma City, OK 73115 | DEPARTMENT OF HUMAN SERVICES,<br>LAKE, EDWARD |
| SMOLEN, DANIEL E(Bar # 19943)<br>701 S. CINCINNATI<br>TULSA, OK 74119 | CHERRY, CHERYL L |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: DISCRIMINATION (DISCRIM)
Filed by: CHERRY, CHERYL L
Filed Date: 06/04/2014

**Party Name:** | **Disposition Information:**

**Defendant:** DEPARTMENT OF HUMAN SERVICES | Pending.

**Defendant:** LAKE, EDWARD | Pending.

## EXHIBIT 1

**Defendant:** VIETTA, JINA                                     Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 06-04-2014 | TEXT | 1 | | 90171056 | Jun 4 2014 4:04:16:803PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 06-04-2014 | DISCRIM | - | | 90171058 | Jun 4 2014 4:04:16:873PM | Realized | $ 0.00 |
| | DISCRIMINATION | | | | | | |
| 06-04-2014 | DMFE | - | | 90171059 | Jun 4 2014 4:04:16:913PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 06-04-2014 | PFE1 | - | | 90171060 | Jun 4 2014 4:17:26:563PM | Realized | $ 163.00 |
| | PETITION($ 163.00) 📄 Document Available (#1025115648) | | | | | | |
| 06-04-2014 | PFE7 | - | | 90171061 | Jun 4 2014 4:04:16:913PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 06-04-2014 | OCISR | - | | 90171062 | Jun 4 2014 4:04:16:913PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 06-04-2014 | CCADMIN02 | - | | 90171063 | Jun 4 2014 4:04:16:913PM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | |
| 06-04-2014 | OCJC | - | | 90171064 | Jun 4 2014 4:04:16:913PM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | |
| 06-04-2014 | OCASA | - | | 90171065 | Jun 4 2014 4:04:16:913PM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | | |
| 06-04-2014 | CCADMIN04 | - | | 90171066 | Jun 4 2014 4:04:16:913PM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | | |
| 06-04-2014 | LTF | - | | 90171067 | Jun 4 2014 4:04:17:333PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 06-04-2014 | SMF | - | | 90171068 | Jun 4 2014 4:04:17:383PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | | |
| 06-04-2014 | SMIMA | - | | 90171069 | Jun 4 2014 4:04:17:413PM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | | |

## EXHIBIT 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 06-04-2014 | TEXT | - | 90171057 | Jun 4 2014 4:04:16:823PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE FITZGERALD, MARY TO THIS CASE. | | | | | |
| 06-04-2014 | ACCOUNT | - | 90171185 | Jun 4 2014 4:09:11:503PM | - | $ 0.00 |
| | RECEIPT # 2014-2863846 ON 06/04/2014. PAYOR:SMOLEN & SMOLEN PLLC TOTAL AMOUNT PAID: $218.70. LINE ITEMS: CJ-2014-2160: $168.00 ON AC01 CLERK FEES. CJ-2014-2160: $6.00 ON AC23 LAW LIBRARY FEE. CJ-2014-2160: $0.70 ON AC31 COURT CLERK REVOLVING FUND. CJ-2014-2160: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2014-2160: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2014-2160: $2.00 ON AC64 DISPUTE MEDIATION FEES. CJ-2014-2160: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2014-2160: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | | | |
| 06-16-2014 | SMIMA | - | 90382231 | Jun 16 2014 4:07:40:480PM | - | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY (2) | | | | | |
| 06-16-2014 | SMF | - | 90382433 | Jun 16 2014 4:15:17:540PM | Realized | $ 10.00 |
| | SUMMONS FEE (CLERKS FEE)($ 10.00) | | | | | |
| 06-16-2014 | ACCOUNT | - | 90382307 | Jun 16 2014 4:10:03:500PM | - | $ 0.00 |
| | RECEIPT # 2014-2872104 ON 06/16/2014. PAYOR:SMOLEN & SMOLEN PLLC TOTAL AMOUNT PAID: $10.00. LINE ITEMS: CJ-2014-2160: $10.00 ON AC99 HOLDING. | | | | | |
| 06-16-2014 | ACCOUNT | - | 90382474 | Jun 16 2014 4:16:38:150PM | - | $ 0.00 |
| | RECEIPT # 2014-2872112 ON 06/16/2014. PAYOR: TOTAL AMOUNT PAID: $0.00. LINE ITEMS: CJ-2014-2160: $10.00 ON TRANSFER TO AC01 CLERK FEES. CJ-2014-2160: $-10.00 ON TRANSFER FROM AC99 HOLDING. | | | | | |
| 06-24-2014 | S | DEPARTMENT OF HUMAN SERVICES | 90475159 | Jun 24 2014 4:07:45:897PM | - | $ 0.00 |
| | PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON DEPT OF HUMAN SERVICES, STAMPED SIGNEDBY GARY BAKER, ON 6-18-14 BY CERTIFIED MAIL  Document Available (#1026313892) | | | | | |
| 07-01-2014 | S | LAKE, EDWARD | 90555782 | Jul 1 2014 4:06:20:073PM | - | $ 0.00 |
| | PARTY HAS BEEN SUCCESSFULLY SERVED/ORIGINAL SUMMONS CERTIFIED MAIL TO:EDWARD LAKE / ON 6-19-14 /STAMPED GARY BAKER  Document Available (#1026310266) | | | | | |
| 07-08-2014 | EAA | DEPARTMENT OF HUMAN SERVICES | 90609984 | Jul 8 2014 4:12:13:133PM | - | $ 0.00 |
| | ENTRY OF APPEARANCE FOR DEFENDANTS OKLAHOMA DEPARTMENT OF HUMAN SERVICES AND ED LAKE / RICHARD W FREEMAN JR ENTERS / CERT OF SERVICE / COVER SHEET | | | | | |

## EXHIBIT 1

[Document Available (#1026483007)](#)

Report Generated by The Oklahoma Court Information System at July 15, 2014 17:07 PM

End of Transmission.

# **EXHIBIT 1**