# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHERYL CHERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 14-CV-401-JED-FHM |
| vs. | ) | |
| | ) | |
| STATE OF OKLAHOMA, ex rel., | ) | |
| DEPARTMENT OF HUMAN SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT OF DISMISSAL

The Court issued an Order dismissing this matter due to plaintiff's failure to prosecute. (Doc. 42). Accordingly, this action is **dismissed without prejudice**.

**SO ORDERED** this 20th day of June, 2018.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE